# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | |
| v. | ) | Case No:          CR 14-103 RHK |
| | ) | Date:              9/25/14 |
| Barry Vaughan Voss, | ) | Court Reporter:    Carla Bebault |
| | ) | Courthouse:        St. Paul |
| Defendant. | ) | Courtroom:         7A |
| | ) | Time Commenced:    9:00 a.m. |
| | ) | Time Concluded:    10:15 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court:     1 Hour & 15 Minutes |

Before Richard H. Kyle, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Lori A. Hendrickson
    For Defendant:    Paul C. Eng    ☐ FPD  ☐ CJA  √ Retained  ☐ Appointed

    Interpreter/Language: n/a

☐ **Evidentiary Hearing** (only select if witness list filed)

√ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | √ | | | | | 3 years | |

Said terms to run  ☐ concurrently    ☐ consecutively

√ Special conditions of :

**See J&C for special conditions**

√ Defendant sentenced to pay:
  ☐ Fine in the amount of $.
  √ Restitution in the amount of $244,922.00.
  ☐ Costs of prosecution in the amount of $ to be paid .
  √ Special assessment in the amount of $100.00 to be paid immediately.

☐ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☐ Execution of sentence of imprisonment suspended until.
√ Defendant is released.  See Judgment for terms and conditions of probation.

s/Kathy Thobe<br>Calendar Clerk